UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA DAY as Personal Representative of the Estate of ANDREW QUINTANAR, and as natural mother of J.Q., minor child;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and UNKNOWN JOHN DOES AND JOHN DOE CLINICS,<br><br>Defendants. | CASE NO. 2:16-cv-00604 RSL<br><br>ORDER APPROVING SETTLEMENT OF THE ESTATE OF ANDREW QUINTANAR |

**I. INTRODUCTION**

Before the Court is the parties' stipulated motion for an order approving the settlement herein, involving the minor, J.Q. The Court has considered the stipulated motion, the balance of the records and the applicable law. Being fully advised, the Court **GRANTS** the parties' stipulated motion an end enters this Order approving the settlement.

Dated this 29th day of September, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER APPROVING SETTLEMENT
Page 1

HOLMAN LAW PLLC
The Holman Building
4041 Ruston Way, Suite 101
PO Box 1338
Tacoma, WA 98401-1338
T 253.627.1866 F 253.627.1924

Presented By:

HOLMAN LAW, PLLC

    s/   Jessica Holman Duthie

Jessica Holman Duthie, WSBA No. 43065
4041 Ruston Way, Suite 101
Tacoma, WA 98402
P: 253.627.1866
F: 253.627.1924
JHD@theholmanlawfirm.com
Counsel for Plaintiffs


    s/   Patricia D. Gugin

Patricia D. Gugin
pat.gugin@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Counsel for Defendant

HOLMAN LAW PLLC
The Holman Building
4041 Ruston Way, Suite 101
PO Box 1338
Tacoma, WA 98401-1338
T 253.627.1866  F 253.627.1924