UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA DAY as Personal Representative of the Estate of ANDREW QUINTANAR, and as natural mother of J.Q., minor child;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and UNKNOWN JOHN DOES AND JOHN DOE CLINICS,<br><br>Defendants. | CASE NO. 2:16-cv-00604 RSL<br><br>ORDER TO SEAL DECLARATION OF JESSICA HOLMAN DUTHIE IN SUPPORT OF STIPULATED MOTION FOR ORDER AND APPROVAL OF SETTLEMENT OF THE ESTATE OF ANDREW QUINTANAR |

THIS MATTER having come before the Court on the Plaintiff's unopposed Motion to Seal the Declaration of Jessica Holman Duthie in Support of Stipulated Motion for Order and Approval of Settlement of The Estate of Andrew Quintanar, and the supporting documents appended thereto pursuant to LCR 5(g)(2)(B); and the Court having considered the pleadings and records on file herein and being fully advised, it is hereby ORDERED that Plaintiff's Motion to Seal the Declaration of Jessica Holman Duthie in Support of Stipulated Motion for Order and Approval of Settlement of the Estate of Andrew Quintanar is GRANTED.

ORDER TO SEAL DECLARATION OF JESSICA HOLMAN DUTHIE IN SUPPORT OF STIPULATED MOTION FOR ORDER AND APPROVAL OF SETTLEMENT OF THE ESTATE OF ANDREW QUINTANAR
Page 1

HOLMAN LAW PLLC
The Holman Building
4041 Ruston Way, Suite 101
PO Box 1338
Tacoma, WA 98401-1338
T 253.627.1866  F 253.627.1924

Dated this 29th day of September, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented By:

HOLMAN LAW, PLLC

    s/ Jessica Holman Duthie

Jessica Holman Duthie, WSBA No. 43065
4041 Ruston Way, Suite 101
Tacoma, WA 98402
P: 253.627.1866
F: 253.627.1924
JHD@theholmanlawfirm.com
Counsel for Plaintiffs


    s/ Patricia D. Gugin

Patricia D. Gugin
pat.gugin@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Counsel for Defendant

ORDER TO SEAL DECLARATION OF JESSICA HOLMAN DUTHIE IN SUPPORT OF STIPULATED MOTION FOR ORDER AND APPROVAL OF SETTLEMENT OF THE ESTATE OF ANDREW QUINTANAR
Page 2

HOLMAN LAW PLLC
The Holman Building
4041 Ruston Way, Suite 101
PO Box 1338
Tacoma, WA 98401-1338
T 253.627.1866 F 253.627.1924